UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kelly Bonanni, | Case No.: 2:23-cv-01832-JAD-DJA |
| Plaintiff | |
| v. | **Remand Order** |
| Progressive Casualty Insurance Company, | [ECF No. 4] |
| Defendant | |

    Kelly Bonanni filed this insurance-coverage action based entirely on state-law claims in Nevada state court. Defendant Progressive Casualty Insurance Company removed this case to this federal court under 28 U.S.C. § 1332 and 1441(b) based on diversity of citizenship.[1] Arguing that the defendant cannot show that this case meets the amount in controversy for federal jurisdiction, plaintiff moves to remand.[2] For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 4] is GRANTED for want of subject-matter jurisdiction**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 29, Case No. A-3-878714-C,** and CLOSE THIS CASE.

- There are no other motions pending in this federal action. So **this case returns to state court with no motions pending.**

---

[1] ECF No. 1.
[2] ECF No. 4.

- **The Clerk of Court is directed to PRINT a copy of the docket sheet for this case and ATTACH it to the copy of this remand order mailed to the state court.**

Dated: December 20, 2023

_____
U.S. District Judge Jennifer A. Dorsey